IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
v. : CRIMINAL NO. 1:CR-02-011-01
:
ERIC CRAFT, : (Judge Caldwell)

Defendant :

*O R D E R*

AND NOW, this 10th day of May, 2017, it is ordered that:

  1. Defendant's motion (Doc. 462) for leave of court to file a 28 U.S.C. § 2241 petition is granted.

  2. Defendant's petition (Doc. 462-1) under 28 U.S.C. § 2241 is deemed filed.

  3. The 2241 petition is dismissed for lack of jurisdiction.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge