IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL NO. 1:CR-02-011-01 |
| ERIC CRAFT, | : | (Judge Caldwell) |
| Defendant | : | |

*O R D E R*

AND NOW, this 5th day of October, 2017, it is ordered that Defendant's petition (Doc. 465) for a writ of audita querela and motion (Doc. 466) to vacate his conviction are dismissed.

    /s/ William W. Caldwell
William W. Caldwell
United States District Judge