IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
v. : CRIMINAL NO. 1:CR-02-011-01
:
ERIC CRAFT, : (Judge Caldwell)

    Defendant :

*O R D E R*

AND NOW, this 16th day of January, 2018, based on the accompanying memorandum, it is ordered that:

    1. Defendant's motion (Doc. 471) for permission to file a document (Doc. 472) he has styled as a "memorandum in support of 2255(e) actual innocence motion" is granted.

    2. Defendant's "memorandum in support of 2255(e) actual innocence motion" (Doc. 472) is denied.

                                           /s/ William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge