# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | No. 1:02-CR-0011-01 |
|---|---|---|
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| ERIC CRAFT, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 27th day of June 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's motion (ECF No. 477) under Fed. R. Civ. P. 60(b) **is DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge